# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO: 3:09-CV-65-MR-DCK

| | |
|---|---|
| FRANKLIN LEDFORD, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| D.R. HORTON, INC., and | ) |
| CHARLOTTE FRAMERS, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant D. R. Horton, Inc.'s "Motion to Dispense with, or in the Alternative, Stay the Requirement for an Initial Attorney's Conference" (Document No. 28) filed on September 1, 2009. The motion has been referred to the undersigned Magistrate Judge pursuant to U.S.C. §636(b), and immediate review is appropriate. Plaintiff has stipulated to dismissal of all claims against the Defendants, and only a cross-claim by Defendant D.R. Horton, Inc. against Defendant Carolina Framers, Inc. remains. As Carolina Framers, Inc. has not answered or otherwise made an appearance, the requirement of an initial attorney conference would serve no purpose at this time. Having fully considered the record, the undersigned will **grant** the motion.

**IT IS, THEREFORE, ORDERED** that Defendant D. R. Horton, Inc.'s "Motion to Dispense with, or in the Alternative, Stay the Requirement for an Initial Attorney's Conference" (Document

No. 28) is **GRANTED**; Defendant D.R. Horton, Inc. need not conduct an Initial Attorney's Conference at this time.

Signed: September 2, 2009

David C. Keesler
United States Magistrate Judge